UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WASHINGTON,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>Respondent. | No. 2:20-cv-1417 CKD P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A review of court records reveals petitioner is already proceeding with a petition for writ of habeas corpus in this court concerning the same conviction and sentence at issue in this action. Pursuant to Woods v. Carey, 525 F.3d 886 (9th Cir. 2008) the petition filed in this action will be filed in the other action as a proposed amended petition.

/////

/////

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court file the petition for writ of habeas corpus filed in this action (ECF No. 1) in 2:20-cv-1396 DMC and label it "Proposed Amended Petition"; and

2. This case is closed.

Dated: July 23, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
wash1417.100fee

2